UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NORTHEAST CARPENTERS
HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, et al.,

                Plaintiffs,

- *against* –

B&B CONCRETE ENTERPRISES, INC., et al.,

                Defendants.

19-cv-3988 (CS) (LMS)

**ORDER**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**

Third Parties Intuit and Paul Tong are to comply with subpoenas, except for the personal income tax documents of Defendants Paula Esteves and Manny Esteves, no later than January 31, 2020. Any documents received pursuant to this order are to be considered confidential, are to be maintained and exchanged in a confidential fashion, and are to be produced solely for the purpose of this litigation.

Dated: January 17, 2020
      White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York