UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, et al.,

        Plaintiffs,

- against -

B&B Concrete Enterprises, Inc., et al.,

        Defendants.

19CV3988 (CS)(LMS)

ORDER

**Lisa Margaret Smith, U.S.M.J.**

The Court amends its January 17, 2020, Order (Docket # 26) as follows:

Third parties JPMorgan Chase Bank, N.A., Sterling National Bank, Provident Bank, The Whiting-Turner Contracting Company, Tuxedo Reserve Owner LLC c/o Related Companies, and Piazza Inc. shall comply with the subpoenas served upon them by Plaintiffs in the above-referenced action. Third parties Intuit Inc. and Paul Tong, CPA shall comply with the subpoenas served upon them by Plaintiffs, except for the personal income tax documents of Defendants Paula Esteves and Manny Esteves. **All subpoena responses are to be served no later than February 7, 2020.**

Separately, Plaintiffs are ordered to notify the Court forthwith of any objections they have received from any of the aforementioned third parties in response to their subpoenas by filing same on ECF.

Dated: January 30, 2020
      White Plains, New York

**SO ORDERED,**

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York